v.

**The STATE of Texas, Appellee.**

No. 28373.

Court of Criminal Appeals of Texas.

June 6, 1956.

**James Robert FOWLER, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28362.

Court of Criminal Appeals of Texas.

June 6, 1956.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is driving while intoxicated; the punishment, three days in jail and a fine of $50.

The record is before us without a statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.